JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GUERRERO-CABANAS, | ) CASE NO. CV 13-00970 MMM (CW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| UNITED STATES OF AMERICA, MICHAEL L. BENOV, | ) |
| Respondents. | ) |

On December 26, 2012, petitioner Jose Luis Guerrero-Cabanas filed a petition for writ of habeas corpus challenging his extradition to Mexico under 28 U.S.C. § 2241.  On February 22, 2013, Guerrero-Cabanas filed a motion for a stay of extradition.  On January 13, 2014, the court issued an order denying Guerrero-Cabanas' petition and denying his motion for a stay. Consequently,

IT IS ORDERED AND ADJUDGED that the action be, and it hereby is, dismissed.

DATED: January 13, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE